IN RE FILLING OF VACANCIES AMONG REGISTRARS OF PROPERTY.—Decided March 6, 1912. Decided not to appoint for the time being a board of examiners of aspirants to positions of registrars of property for reasons stated in the decision.

———

No. 88. GÓMEZ *v.* ROSSY, DISTRICT JUDGE.—Petition for writ of *certiorari.* Decided March 6, 1912. Petition denied. *Messrs. Luis Llorens Torres* and *Eugenio Benítez Castaño* for petitioner.

———

No. 5. IN RE TORO.—Disbarment proceedings. Decided March 8, 1912. Complaint dismissed and the proceedings quashed on motion of the Attorney General.

———

No. 747. QUESTEL *v.* CONDE ET AL.—Appeal from the District Court of Ponce. Motion acquiesced in by adverse party that the decision of February 8, 1912, dismissing this appeal be set aside. Decided March 8, 1912. Motion granted. *Mr. Felipe Casalduc* for appellant. *Mr. Tomás Castillo* for adverse party.

———

No. ——. PÉREZ *v.* SEPÚLVEDA, DISTRICT JUDGE.—Petition that a writ of error be issued to the District Court of Mayagüez. Decided March 11, 1912. Motion overruled. *Mr. José Ramón Freyre* for petitioner.

———

No. 829. RAMOS *v.* SUCCESSION OF CABÁN.—Appeal from the District Court of Aguadilla. Motion to dismiss appeal. Decided March 11, 1912. Motion overruled. *Mr. Carlos Franco Soto* for appellant. *Mr. Augusto Malaret* for respondent.